No. 495, Misc. KENNEDY v. WILKINS, WARDEN. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 412, Misc. IN RE McDANIEL. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit and other relief denied.

No. 33. McPHAUL v. UNITED STATES, ante, p. 372;

No. 363. OHIO EX REL. KING v. SHANNON, PRESIDING JUDGE, MUNICIPAL COURT OF CINCINNATI, OHIO, ante, p. 337;

No. 248, Misc. MALLORY v. MISSOURI, ante, p. 852; and

No. 379, Misc. MACKIEWICZ v. COCHRAN, CORRECTIONS DIRECTOR, ante, p. 887. Petitions for rehearing denied.

DECEMBER 19, 1960.

No. 546, October Term, 1959. STANTON ET UX. v. UNITED STATES, 363 U. S. 278. The motion to confirm compliance by the District Court with the directions of this Court and for other relief is denied. Clendon H. Lee on the motion. Solicitor General Rankin for the United States in opposition.

No. 200. LATHROP v. DONOHUE. Appeal from the Supreme Court of Wisconsin. The motion of the Missouri Bar for leave to present oral argument, as amicus curiae, is denied.

No. 559, Misc. CHING v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.